

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

JONG SOON PARK

**FILED**
SEP 06 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CRIMINAL NO. 10-657-5

:

:

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 26th day of August, 2011, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: <u>count 6.</u>
**Note: The defendant was found guilty on count 1 of the indictment.**

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
PETRESE B. TUCKER,         J.

cc:   U.S. Marshal
      Probation Office
      Counsel

9-6-11            M.O.
_____     _____
Date        By Whom

Cr 1 (4/2006)